## CURRY v. STATE.

No. 19357.

Court of Criminal Appeals of Texas.

Feb. 2, 1938.

A. H. Spann, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for violating the Texas Liquor Control Act, Vernon's Ann.P.C. art. 666—1 et seq.; punishment being assessed at a fine of $100.

The information appears regular and properly presented. The record is here without a statement of facts or bills of exception.

No error appearing, the judgment is affirmed.